## HOME MORTGAGE COMPANY and First National Bank of Durham, a Corporation, Petitioners, v. Margaret M. RAMSEY, Respondent.

### No. 3115.

Circuit Court of Appeals, Fourth Circuit.

Nov. 25, 1930.

For opinion on merits, see 49 F.(2d) 738. See, also, 47 F.(2d) 621.

Jones Fuller, of Durham, N. C., and Allen Wardwell, of New York City, for petitioners.

R. Clarence Dozier, of South Mills, N. C., and R. Palmer Ingram, of Baltimore, Md., for respondent.

PER CURIAM.

Application for stay of proceedings denied, provided, etc. Order filed.